AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

**SEALED**

United States of America
v.
Darrius Charles McElroy
a/k/a Darrius McElroy
(Wherever Found)

Defendant

Case No. 3:22-cr-108-CWR-FKB

FILED AUG 09 2023 — SOUTHERN DISTRICT OF MISSISSIPPI — ARTHUR JOHNSTON, BY _____ DEPUTY

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Darrius Charles McElroy a/k/a Darrius McElroy,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Felon in Possession of a Firearm (1)

Date: 10/05/2022

ARTHUR JOHNSTON, CLERK

*Issuing officer's signature*

P Green, Deputy Clerk
*Printed name and title*

City and state: Jackson, Mississippi

---

### Return

This warrant was received on *(date)* 10/6/22, and the person was arrested on *(date)* 8/3/23
at *(city and state)* New Orleans, LA.

Date: 8/4/23

*Arresting officer's signature*

SOUSM J. DAVIS
*Printed name and title*